BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **LINDA KNIGHT**<br>xxx-xx-xxxx<br><br>        **Plaintiff,**<br><br>v.<br><br> **COMMISSIONER OF SSA**<br><br>        **Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.   16-1334 AC<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended to November 22, 2016, with all other deadlines extended accordingly.   Ms. Knight's brief was originally due November 7, 2016, but it failed to be calendared and counsel has just become aware of the oversight.

/ / / /

/ / / /

/ / / /

1

| | | |
|---|---|---|
| Dated: November 15, 2016 | | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law<br><br>Attorney for Plaintiff |
| Dated: November 15, 2016 | | Phillip A. Talbert<br>Acting United States Attorney<br><br>Deborah Lee Stachel<br>Regional Chief Counsel, Region IX<br>Social Security Administration<br><br>/s/ Donna W. Anderson<br>　　　Donna W. Anderson<br><br>　Special Assistant United States Attorney<br>Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED, *nunc pro tunc*.

DATED: November 28, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2